IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID HANSON and
ELIZABETH HANSON, ET UX                                              PLAINTIFFS

v.                         CASE NO. 4:10 cv 318 BSM

WELLS FARGO HOME MORTGAGE                                            DEFENDANT

### ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Comes the Defendant, Wells Fargo Home Mortgage ("Wells Fargo"), and for its Answer to Plaintiffs' First Amended Complaint, states and alleges as follows:

1. Paragraph 1 of Plaintiffs' First Amended Complaint does not contain allegations of fact directed to Defendant to which an admission or denial is required. To the extent a response is required, Defendant restates, and incorporates herein as if repeated here word for word, its responses in its original Answer to Plaintiffs' original Complaint filed in this Court on June 1, 2010.

2. Defendant admits the Plaintiffs filed a claim against the Defendant for violating the Fair Debt Collection Practices Act, as alleged in Paragraph 2 of Plaintiffs' First Amended Complaint, but denies that Plaintiffs have a claim for which relief can be granted pursuant to the Fair Debt Collection Practices Act.

3. Defendant admits the Fair Debt Collection Practices Act is not applicable to the acts as alleged by Plaintiffs and Defendant adheres to and preserves the defenses set forth in its Motion to Dismiss filed June 1, 2010.

4. Paragraph 4 of Plaintiffs' First Amended Complaint does not contain allegations of fact directed to Defendant to which an admission or denial is required.

5. Defendant denies the allegations of Paragraph 5 of Plaintiffs' First Amended Complaint.

6. Defendant denies the allegations of Paragraph 6 of Plaintiffs' First Amended Complaint.

7. Defendant denies the allegations of Paragraph 7 of Plaintiffs' First Amended Complaint.

8. Defendant denies the allegations of Paragraph 8 of Plaintiffs' First Amended Complaint.

9. Defendant denies that Plaintiffs are entitled to the relief prayed for in the prayer for relief. Defendant denies each and every allegation of Plaintiffs' Complaint unless specifically admitted herein.

10. Pleading further, Defendant states that the Plaintiffs have failed to state facts upon which relief can be granted and the Plaintiffs' First Amended Complaint should be dismissed pursuant to Rule 12 (b) (6) of the Federal Rules of Civil Procedure. A Motion to Dismiss on this basis and Brief in Support was filed with this Court on June 1, 2010, and Defendant is hereby adhering to and preserving the defenses contained therein as if filed simultaneously with this Answer.

11. Pleading affirmatively, Defendant asserts the defenses of estoppel, statute of frauds, waiver, unclean hands, parol evidence, failure of condition precedent, and laches against Plaintiffs' claims.

12.     Defendant respectfully reserves the right to amend this Answer to Plaintiffs' First Amended Complaint, including adding additional claims, defenses, affirmative defenses, counter-claims and third party claims, upon further discovery of this matter.

WHEREFORE, having fully answered, Defendant Wells Fargo Home Mortgage prays that the Plaintiffs' Complaint and First Amended Complaint be dismissed with prejudice, that Plaintiffs take nothing thereby, for its costs and attorneys fees incurred herein, and all other proper, legal and equitable relief allowed by law.

Respectfully submitted,

By: */s/ Jason T. Browning*
Jason T. Browning, Arkansas Bar No. 98151
Pamela D. Roberts, Arkansas Bar No. 2009173
Attorneys for Wells Fargo Home Mortgage
WARNER, SMITH & HARRIS, PLC
P.O. Box 1626
400 Rogers Avenue
Fort Smith, AR 72902-1626
jbrowning@warnersmith.com

## CERTIFICATE OF SERVICE

I, Jason T. Browning, hereby certify that on the 13th day of July, 2010, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matthew M. Henry, Esq.
The Henry Firm, P.A.
300 Spring Bldg, Suite 1015
Little Rock, AR 72201
thehenryfirm@sbcglobal.net

By: */s/ Jason T. Browning*

16851/00000