# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DAVID HANSON and ELIZABETH HANSON**                                 **PLAINTIFFS**

**V.**                 **CASE NO. 4:10CV00318 BSM**

**WELLS FARGO HOME MORTGAGE**                                      **DEFENDANTS**

## ORDER FOR PRELIMINARY INJUNCTION

The unopposed motion of plaintiffs, David and Elizabeth Hanson, for temporary emergency injunction (Doc. No. 14) is granted.

IT IS SO ORDERED that defendant Wells Fargo Home Mortgage, its agents, assigns, and other persons acting in active concert or participation with them who receive actual notice of this preliminary injunction, are hereby enjoined as follows.

1. From the foreclosure sale of the property located at 11 Choctaw Cove, Maumelle, AR 721131 located in Pulaski County, Arkansas and more particularly described as: Lot 23 Block 0, Osage Falls Addition to the City of Maumelle, Pulaski County, Arkansas.

2. This injunction shall remain in effect until the conclusion of this litigation.

IT IS SO ORDERED THIS 30th day of July, 2010.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE